■ In the Matter of the Adoption of HAILEY, an Infant. TAYLOR G., Appellant; DARLA L., Respondent. [10 NYS3d 472]—

Appeal from an order of the Family Court, Lewis County (Donald E. Todd, A.J.), entered April 22, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the application of petitioner to revoke a surrender instrument.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Centra, Peradotto, Sconiers and Whalen, JJ.